UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRIEDEL M. ACKER,

    Plaintiff,

vs.

Case No. 06-CV-14467
HON. GEORGE CARAM STEEH

WORKHORSE SALES CORPORATION,

    Defendant.

_____/

ORDER DENYING DEFENDANT'S MOTION TO STRIKE AS MOOT (# 55)

Defendant Workhorse Sales Corporation filed a motion on October 21, 2007 to strike plaintiff Friedel Acker's expert report prepared by B. Michael Grant for untimely disclosure. Acker's claims have since been dismissed on summary judgment. Accordingly,

Workhorse's motion to strike the expert report is hereby DENIED as MOOT.

SO ORDERED.

Dated: April 28, 2008

                        s/George Caram Steeh
                        GEORGE CARAM STEEH
                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 28, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk